This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38260

**WELLS FARGO BANK, N.A. as Trustee on behalf of the Holders of the HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,**

  Plaintiff-Appellee,

v.

**MARIE C. RUSSO,**

  Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**David K. Thomson, District Judge**

Holland & Hart LLP
Larry J. Montaño
Julia Broggi
Santa Fe, NM

for Appellee

Rachel O. Woods
Albuquerque, NM

for Appellant

## DECISION

**BOGARDUS, Judge.**

**{1}** Appellant Marie Russo appeals the district court's grant of summary judgment in favor of Appellee Wells Fargo Bank, N.A., as trustee on behalf of the holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificate, Series

2006-12 in a foreclosure action as well as the district court's denial of her motion to reconsider. On appeal, Russo argues (1) the judgment is not a final order, (2) her right to due process was violated, (3) Wells Fargo failed to prove standing, and (4) the original dismissal from the 2011 case corresponding to this matter should be "enforced or reversed."

{2}     "[I]t is the appellant's burden to demonstrate, by providing well-supported and clear arguments, that the district court has erred." *Premier Trust of Nev., Inc. v. City of Albuquerque*, 2021-NMCA-004, ¶ 10, ___ P.3d ___. We conclude, after thorough and careful review of the briefing, the authorities cited therein, and the record of both the case before us and the related case, D-101-CV-2011-03167, that Russo has not demonstrated an error on the part of the district court that requires reversal. *See Farmers, Inc., v. Dal Mach. & Fabricating, Inc.*, 1990-NMSC-100, ¶ 8, 111 N.M. 6, 800 P.2d 1063 ("The presumption upon review favors the correctness of the [district] court's actions. Appellant must affirmatively demonstrate its assertion of error."). Accordingly, we affirm the district court's order granting summary judgment and denying Russo's motion for reconsideration.

{3}     IT IS SO ORDERED.

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Chief Judge**

**JACQUELINE R. MEDINA, Judge**